**Margaret MULLIGAN, Respondent,**

v.

**Jacqueline THOMAS and Robert Thomas, Appellants.**

**No. WD 52233.**

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 1997.

Peter J. Koppe, Gregory Vleisides, Kansas City, for Appellants.

John Burns, St. Joseph, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Jacqueline Thomas appeals a judgment finding her liable for conversion of her mother's, Margaret Mulligan's, property. Her husband, Robert Thomas, appeals a judgment finding him liable for unjust enrichment. We affirm. Rule 84.16(b).